E. VINCENT CARROLL
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6058
Email: Vincent.Carroll@usdoj.gov

FILED
BILLINGS DIV.

2011 AUG 19 AM 9 21

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 11- 94 - BLG-RFC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | ASSAULT ON FEDERAL OFFICER |
| CASEY LEIDER, | Title 18 U.S.C. § 111(a)(1) (Penalty: Eight years imprisonment, $250,000 fine, and three years supervised release) |
| Defendant. | |

THE GRAND JURY CHARGES:

That on or about February 12, 2011, at Crow Agency, in the State and District of Montana, the defendant, CASEY LEIDER, did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with Carolyn Morrison, Bureau of Indian Affairs Police Officer, and engage in acts involving physical contact with Officer Morrison while Officer Morrison was engaged in her official duties, in violation of 18 U.S.C. § 111(a)(1).

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

_____
KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

2

Crim. Summons _____
Warrant: ✓ _____
Bail: none _____